Sealed

Public and unofficial staff access to this instrument are prohibited by court

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: **19 CR 027** |
| v. | § § | SEALED |
| MICHAEL DAVID GREEN | § § § § § § § § § § § § § § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A __CRIMINAL INDICTMENT__ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

MICHAEL DAVID GREEN

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on __Jan. 9__, 20__19__.

_____
UNITED STATES MAGISTRATE JUDGE